| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Altenburg, Jr, Andrew B. | 2. Court or Organization<br><br>Bankruptcy Court, District of New Jersey | 3. Date of Report<br><br>04/23/2018 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge, full-time | 5a. Report Type (check appropriate type)<br>[ ] Nomination     Date<br>[ ] Initial   [✓] Annual    [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Mitchell H. Cohen Courthouse<br>401 Market Street<br>Camden, New Jersey 08101 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. President | Andrew B. Altenburg, Jr., Esquire PC (final withdrawal in 2016 and company officially dissolved 3/28/17) |
| 2. Member | BIGNAN, LLC |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 04/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Cherry Hill Board of Education/salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania Bankruptcy Bar Association | 01/19/17 - 01/20/17 | Atlantic City, NJ | 28th Annual EDPA Bankruptcy Conference | Lodging, Meals |
| 2. | National Association of Consumer Bankruptcy Attorneys | 05/04/17 - 05/07/17 | Orlando, FL | 25th Annual Convention (Speaker) | Transportation, Lodging |
| 3. | Turn Around Management Association | 06/07/2017 | Atlantic City, NJ | 1th Annual Mid-Atlantic Regional Symposium | Registration, Lodging, Meal |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 04/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Amazon | credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Andrew B. Altenburg, Jr. Esquire PC (law practice) | | None | | | Closed | 03/28/17 | J | A | |
| 2. South Jersey Federal Credit Union Accounts | A | Dividend | J | T | | | | | |
| 3. American Funds Accounts | | | | | | | | | |
| 4. - The Growth Fund of America - A / Invst Co of America - A | A | Dividend | J | T | Matured (part) | 12/06/17 | J | A | |
| 5. Ameriprise Brokerage Account | | | | | Merged (with line 14) | 03/20/17 | K | A | |
| 6. - Lord Abbett Short Duration Income CL C | A | Dividend | K | T | Sold (part) | 01/27/17 | J | A | |
| 7. - Comcast Corp CL A New stock | A | Dividend | J | T | | | | | |
| 8. - Columbia Flexible Cap Income CL C | A | Dividend | K | T | Sold (part) | 02/24/17 | K | A | |
| 9. - Columbia Capital Alloc Moderate Cl C Mutual Fund | A | Dividend | L | T | Sold (part) | 01/30/17 | J | A | |
| 10. - Columbia Disciplined Growth CL C | A | Dividend | J | T | Buy | 01/30/17 | J | | |
| 11. - Columbia Disciplined Growth CL C | A | Dividend | | | Sold | 02/07/17 | J | A | |
| 12. - Columbia LTD Duration Credit CL C | A | Dividend | J | T | Buy | 01/30/17 | J | | |
| 13. -Alcatel Lucent stock | A | Dividend | | | Closed | 01/01/17 | J | A | |
| 14. Ameriprise ONE Financial Account | | | | | Open | 03/20/17 | K | | |
| 15. - Columbia Capital Alloc Moderate Cl C Mutual Fund | A | Dividend | L | T | | | | | |
| 16. - Columbia Flexible Cap Income CL C | A | Dividend | K | T | Sold (part) | 08/25/17 | J | A | |
| 17. - Columbia LTD Duration Credit CL C | A | Dividend | | | Sold | 03/30/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Comcast Corp CL A New stock | A | Dividend | J | T | | | | | |
| 19. - Lord Abbett Short Duration Income CL C | A | Dividend | K | T | Sold (part) | 03/30/17 | J | A | |
| 20. - IRA (1) | | | | | | | | | |
| 21. - Ameriprise Insured Money Market Account | A | Dividend | J | T | | | | | |
| 22. - Blackrock Global Alloc Investor CL C | A | Dividend | K | T | | | | | |
| 23. - Columbia Strategic Income CL C | A | Dividend | K | T | | | | | |
| 24. - Oppenheimer Rising Dividends CL C | A | Dividend | K | T | | | | | |
| 25. - Oppenheimer Real Estate CL C | A | Dividend | J | T | | | | | |
| 26. - Oppenheimer Limited Term Gov't CL C | A | Dividend | | | Sold | 01/20/17 | J | A | |
| 27. - Oppenheimer Global Strat Income CL C | A | Dividend | K | T | | | | | |
| 28. - Oppenheimer Intl Growth CL C | A | Dividend | J | T | | | | | |
| 29. - Oppenheimer FDMNTL ALTS CL C | A | Dividend | J | T | Buy | 01/30/17 | J | | |
| 30. - Oppenheimer Senior Floating Rate CL C | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 31. - Prudential Short Term Corp Bond CL C | A | Dividend | K | T | | | | | |
| 32. - IRA (2) | | | | | | | | | |
| 33. - Wells Fargho Advantage Wealthbuilder Moderate Balanced | A | Dividend | | | Merged (with line 34) | 02/10/17 | K | A | |
| 34. - Wells Fargho Wealthbuilder Moderate Balanced CL C | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Templeton NJ 529 Growth 13-16 year portfolio | | None | L | T | | | | | |
| 36. Franklin Templeton NJ 529 Growth 17 plus year portfolio | | None | L | T | | | | | |
| 37. Lincoln Investment 403B - RS | | | | | | | | | |
| 38. - Blackrock Global Allocation Fund - A | A | Dividend | K | T | | | | | |
| 39. - Ivy Asset Strategy Fund - A | A | Dividend | K | T | | | | | |
| 40. Lincoln Investment 403B - RSP | | | | | Spinoff (from line 37) | | L | | |
| 41. -Vanguard Intermediate Term Bond Index Fund - Adr | A | Dividend | K | T | | | | | |
| 42. -Vanguard Total International Stock Ondex Fund - Adr | A | Dividend | J | T | | | | | |
| 43. -Vanguard Value Index Fund - Adr | A | Dividend | J | T | | | | | |
| 44. -Vanguard Growth Index Fund - Adr | A | Dividend | J | T | | | | | |
| 45. -Vanguard Short Term Infl Prtct Secs Index Fund - Adr | A | Dividend | J | T | | | | | |
| 46. -Vanguard Short Term Bond Index Fund - Adr | A | Dividend | J | T | | | | | |
| 47. -Vanguard Small Cap Growth Index Fund - Adr | A | Dividend | J | T | | | | | |
| 48. - Vanguard Small Cap Value Index Fund - Adr | A | Dividend | J | T | | | | | |
| 49. -Vanguard Prime Money Market Fund - Inv | A | Dividend | J | T | | | | | |
| 50. -Vanguard Real Estate Index Fund - Adr | A | Dividend | J | T | | | | | |
| 51. - Ivy Asset Strategy Fund - A | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 04/23/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Blackrock Global Allocation Fund - A | A | Dividend | K | T | | | | | |
| 53. Disney Common Stock | A | Dividend | K | T | | | | | |
| 54. GE Common Stock | A | Dividend | J | T | | | | | |
| 55. Fulton Bank (checking account) | A | Int./Div. | J | T | | | | | |
| 56. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 04/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Pt VII, Line 1 - Although not operating, and last account receivable received in 2016, tax clerance certificate not issued by State of NJ until 3/28/2017 and corporation "officially" dissolved (although I state that corporation ceased all operations, except for collecting accounts receivable, upon appointment)..

Pt VII, Lines 3 and 4 - I am custodian until     of     accounts with American Funds: The Growth Fund of America-A. One of     and I was no longer entitled to be custodian and account was transferred soley     .

Pt. VII, Line 5 - My Amerpirise Brokerage Account merged into my Ameriprise ONE Financial Account on or about 4/1/17.

Pt VII Lines 10 and 11 - This is the same acount which was bought and sold in the relevant period.

Pt. VII, Line 13 - My broker advised me that Alcatel Lucent was acquired by Nokia so the stock no longer exists.

Pt VII Lines 5, 14, 37 and 40 - Each month, there is an automatic account withdrawal of $1,000 which is placed into the Amerprise account and $500 bi-weekley (for a period of ten months) by direct deposit which is placed into the Lincoln Financial account to invest in the various investments identified at the brokers' discretion

Pt. VII, Line 40 - Some time in 2016, spouse's 403B account, spun off making two accounts: Retirement Solustions (RS) and Retirement Solutions Premier (RSP). I was not aware of this until preparing this report. I have confirmed that the investments assets in the accounts in 2016 are the same for 2017 with an increase in value from 2016 to 2017 of value code K.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Andrew B. Altenburg, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544